Prob 12A (10/16)
VAE (9/19)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

**UNDER SEAL**

3:25mj43

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
July 08, 2025
Laura A. Austin, Clerk
BY: /s/ K. Lokey
DEPUTY CLERK

U.S.A. vs. <u>Arsenio R. Campbell</u>   Docket No. <u>4:16cr00028-001</u>

### Petition on Supervised Release

   COMES NOW <u>Marquis Branch-Jackson</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Arsenio R. Campbell</u>, who was placed on supervision by The Honorable Henry Coke Morgan, Jr., Senior United States District Judge, sitting in the Court at <u>Newport News</u>, Virginia, on the <u>2nd</u> day of <u>November</u>, <u>2016</u>, who fixed the period of supervision at <u>three (3) years*</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2
*Supervision began December 23, 2020

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**It is hereby ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

**Bond Recommendation: Detention**

| **ORDER OF COURT** | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this <u>20th</u> day of <u>January</u> 20<u>22</u> and ordered filed and made a part of the records in the above case. | Executed on: January 20, 2022<br>2022.01.20 14:04:11 -05'00' |
| /s/<br>Roderick C. Young<br>United States District Judge | Marquis Branch-Jackson<br>U.S. Probation Officer<br><br>Place <u>Norfolk, Virginia</u> |

**TO CLERK'S OFFICE**

**Petition on Supervised Release**
**Page 2**
**RE: Campbell, Arsenio R**.

OFFENSE:

Possession of a Firearm by a Convicted, a Class C Felony

SENTENCE:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Seventy-Two (72) Months to be followed by Three (3) Years of supervised release, and a $100 assessment.

SPECIAL CONDITIONS:

1) The defendant shall refrain from the unlawful use of any controlled substance and submit to at least one drug test within 15 days of release onto supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

2) If at any time during the defendant's period of supervised release he tests positive for the use of any controlled substances, the defendant shall be required to participate in a program for substance abuse treatment which may either be residential or outpatient as determined by the defendant's needs at that time.

3) The defendant shall be required to waive the confidentiality of any evidence produced by any such drug treatment so that the court and the probation officer will be aware of what is needed in the way of the type and length of the treatment necessary to accomplish this purpose.

4) If the defendant is unemployed for a period of 60 days or more during the term supervised release, the court instructs that he be required to participate in some type of vocational education to learn a trade to enable him to better be placed to obtain employment.

5) If the defendant operates a motor vehicle without a license during his period of supervised release, this will not only be a violation of the law but it will also be a violation of the terms of his supervised release and if he does operate a motor vehicle without a license, the court will order that the defendant not be permitted to operate a motor vehicle during the balance of his period of supervised release.

ADJUSTMENT TO SUPERVISION:

Campbell's term of supervised release began on December 23, 2020, upon his release from custody. On December 28, 2020, Campbell reviewed and signed the conditions of supervision with United States Probation Officer (USPO), Courtney Lopez. On January 12, 2021, Campbell reviewed and signed the conditions of supervision with (USPO) Rodney Carter, and a copy was provided to him for his own records. On March 10, 2021, Campbell's supervision was transferred to this officer. On April 7, 2021, Campbell reviewed and signed the conditions of supervision with this officer. Prior to Campbell's arrest on May 1, 2021, he reported working at Tidewater Staffing in Newport News, Virginia, residing in Newport News, Virginia, with his mother and stepfather.

Since the start of his supervision period, Campbell has maintained a stable residence and submitted monthly supervision reports as instructed. It is noted that Campbell was employed at the start of supervision at Smithfield Packing, but no verification was provided. On April 7, 2021, Campbell reported that he quit working at

**Petition on Supervised Release**
**Page 3**
**RE: Campbell, Arsenio R**.

Smithfield Packing due to poor working conditions, having to quarantine because of COVID-19 twice and working in the cold by himself. On April 15, 2021, Campbell reported that he was employed by Tidewater Staffing. Employment verification was not provided, as Campbell was arrested on May 1, 2021. On April 23, 2021, Campbell underwent an intake assessment for substance abuse treatment at The Counseling Center, LLC, as a result of a positive drug screen submitted by Campbell on April 7, 2021. He arrested prior to the onset of group treatment which was recommended by the treatment provider. Campbell has failed to abide by his conditions of supervision by incurring a new conviction.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:** **COMMISSION OF A CRIME- MANUFACTURE/DISTRIBUTE SCHEDULE I/II 2ND OFFENSE.**

On May 1, 2021, Campbell was arrested by the Newport News Police Department for Possession with Intent to Sell, Distribute, etc., Schedule I/II. The charge was amended to Manufacture/Distribute Schedule I/II 2ND Offense in Newport News Circuit Court. On January 13, 2022, Campbell pled guilty to Manufacture/Distribute Schedule I/II 2ND Offense. He is scheduled to appear in Newport News Circuit Court on March 25, 2022, for sentencing.

**CONDITION 7:** **POSSESSION OF MARIJUANA.**

On April 7, 2021, Campbell submitted a urine screen that tested positive for marijuana. On that same date, Campbell admitted to smoking marijuana on March 23, 2021, and signed an Admission of Drug Use form.

**SPECIAL CONDITION 5:** **OPERATE A MOTOR VEHICLE WITHOUT A LICENSE.**

On March 16, 2021, Campbell admitted to this officer that as he was driving home from work, he was pulled over by a Virginia State Police Officer, but no citation was issued. Campbell's driving privileges were revoked through the Department of Motor Vehicles

MBJ/seo

Prob 12A (10/16)
VAE (5/17)